**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Terry Herrick** **BK NO. 26-00664 HWV**

**Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
13 Oct 2026, 19:29:59, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322